UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:09-CR-00112-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | ORDER |
| | ) | |
| | ) | |
| JOHNNY SHERWOOD GASKINS, | ) | |
| Defendant | ) | |

This matter is before the court on several motions: (1) the government's motion to seal docket entry 84; (2) defendant's motion to seal his motion for downward variance and departure; (3) defendant's motion to exceed the page limitation of sentencing exhibits; and (4) defendant's motion to seal Exhibits 1 and 12 attached to Notice of Filing (docket entry 88). For good cause shown, the motions are ALLOWED.

This 3 August 2010.

_____
W. Earl Britt
Senior U.S. District Judge