# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

        v.                        Crim. No. 5:09-CR-112-1BR

JOHNNY SHERWOOD GASKINS

     On August 2, 2010, the above named was placed on supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                           Respectfully submitted,

                                           /s/ Jeffrey L. Keller  
                                         Jeffrey L. Keller  
                                         Supervising U.S. Probation Officer

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   21   day of   September  , 2012.

                                         W. Earl Britt  
                                         Senior U.S. District Judge